# United States District Court

_____ DISTRICT OF DELAWARE _____

Rochelle Burks, Terry Benson, Rhonda Fawra,
Amber Fields, Gwenzella Pennewell, and
Rochelle Tucker, William Pennewell,

                                                                                                        SUMMONS IN A
                                                                                                       CIVIL ACTION

            V.

JAMES HOBAN, CRAIG WELDON, ROBERT                C.A. No. 04-0165 (KAJ)
ROWE, ROGER JACKSON, ROBERT
WILLOUGHBY, MARK LUTES, JASON WILSON
DESHAWN PRICE, CHARLES TWARDORSKI,
BRENT SNYDER, PHILLIP DAVIS, JAMES
HEDRICK, SUE RIMMEL, PROPERTY ADVISORY
GROUP, INC, and NEW CASTLE COUNTY


TO: (Name and Address of Defendant)
Robert Willoughby
c/o Delaware Department of Corrections
26 Parkway Circle
New Castle, DE 19720

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Gary W. Aber, Esquire
702 King Street, Suite 600
Wilmington, DE 19801


an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.


PETER T. DALLEO                                    March 29, 2005
_____      _____
CLERK                                                          DATE

*Beth Dunn*
_____
BY DEPUTY CLERK

Case 1:04-cv-00165-KAJ    Document 50    Filed 04/01/2005    Page 2 of 2

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  3/30/05 |
| NAME OF SERVER (PRINT)  DENORRIS BRITT | TITLE  SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ROBERT WILLOUGHBY PERSONALLY AT 26 PARKWAY CR. NEW CSTLE, DE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/30/05
  Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.