# United States District Court

_____ DISTRICT OF_ **DELAWARE** _____

Rochelle Burks, Terry Benson, Rhonda Fawra,
Amber Fields, Gwenzella Pennewell, and
Rochelle Tucker, William Pennewell

**SUMMONS IN A
CIVIL ACTION**

V.

JAMES HOBAN, CRAIG WELDON, ROBERT
ROWE, ROGER JACKSON, ROBERT
WILLOUGHBY, MARK LUTES, JASON WILSON
DESHAWN PRICE, CHARLES TWARDORSKI,
BRENT SNYDER, PHILLIP DAVIS, JAMES
HEDRICK, SUE RIMMEL, PROPERTY ADVISORY
GROUP, INC, and NEW CASTLE COUNTY

C.A. No. 04-0165 (KAJ)

TO: (Name and Address of Defendant)

Brent Snyder
New Castle County Police Department
N. Dupont Highway, Route 13
New Castle, DE 19720

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Gary W. Aber, Esquire
702 King Street, Suite 600
Wilmington, DE 19801

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

PETER T. DALLEO                                March 29, 2005
_____                _____
CLERK                                          DATE

_Beth Dim_ (signature)
_____
BY DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 3/30/05 |
|---|---|
| NAME OF SERVER (PRINT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: BRENT SNYDER AT 3601 N DUPONT HWY. NEW CASTLE DE; COPIES THEREOF WERE ACCEPTED BY PSC MCDOWELL AUTHORIZED TO ACCEPT PER INTERNAL AFFAIRS

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/30/05
           Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.