IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHELLE BURKS, TERRY BENSON, ) <br> RHONDA FAWRA, AMBER FIELDS, ) <br> GWENZELLA PENNEWELL, and ) <br> ROCHELLE, TUCKER ) <br> ) <br> v. ) <br> ) <br> UNKNOWN OFFICERS OF THE ) <br> DEPARTMENT OF PROBATION AND ) <br> PAROLE, NEW CASTLE COUNTY POLICE ) <br> DEPARTMENT, ROBERT JACKSON, ) <br> ROBERT ROWE ) | C.A. No. 04-0165 KAJ |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Aaron R. Goldstein on behalf of Defendant P/O Robert A. Willoughby. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendant. The Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Aaron R. Goldstein
Deputy Attorney General
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us

Dated: April 4, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2005, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF which will send notification of such filing to the following: Gary W. Aber, Esquire; Eric L. Episcopo, Esquire; Ronald Stoner, Esquire. I hereby certify that on April 4, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants: Robert Leoni, Esquire.

/s/ Aaron R. Goldstein
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us