IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHELLE BURKS, TERRY BENSON, RHONDA FAWRA, AMBER FIELDS, GWENZELLA PENNEWELL, and ROCHELLE TUCKER, | : : : : : |
| Plaintiffs, | : : |
| v. | :   Civil Action No. 04-165-KAJ |
| STATE OF DELAWARE, DEPARTMENT OF CORRECTIONS, et al., | : : : |
| Defendants. | : |

## ORDER

At Wilmington this **5th** day of **April, 2005**,

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, May 3, 2005 at 4:30 p.m. to be initiated by Aaron Goldstein, Esquire.**

Gary Aber, Esquire, counsel for plaintiffs, shall advise counsel for the added private parties (Apartment Manager and Owner of Complex), of this Order and the Order dated February 25, 2005 scheduling the tentative mediation for September 19, 2005.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE