## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROCHELLE BURKS,** | : | C.A. No.  1:04-cv-00165-KAJ |
| **TERRY BENSON,** | : | |
| **RHONDA FAWRA,** | : | |
| **AMBER FIELDS,** | : | |
| **GWENZELLA PENNEWELL,** | : | |
| **ROCHELLE TUCKER,** and | : | |
| **WILLIAM PENNEWELL,** | : | |
|         Plaintiffs | : | |
|         v. | : | |
| **ROBERT ROWE,** | : | |
| **JAMES B. HOBAN,** | : | |
| **CRAIG WELDON,** | : | |
| **ROBERT WILLOUGHBY,** | : | |
| **MARK LUTES,** | : | |
| **JASON WILSON,** | : | |
| **DESHAWN L. PRICE,** | : | |
| **CHARLES TWARDORSKI,** | : | |
| **BRENT SNYDER,** | : | |
| **PHILLIP H. DAVIS,** | : | |
| **JAMES HEDRICK,** | : | |
| **SUE RIMMEL,** | : | |
| **PROPERTY ADVISORY GROUP, INC.,** | : | |
| **NEW CASTLE COUNTY,** and | : | |
| **ROGER JACKSON,** | : | |
|         Defendants | : | |

### ORDER

AND NOW. on this _____ day of _____, 2005, after consideration

of the Motion to Dismiss Plaintiffs' Civil Action Complaint filed by Defendants, Sue Rimmel

and Property Advisory Group, Inc., and any response thereto, it is hereby ORDERED that the

motion is GRANTED.  Plaintiffs' Civil Action Complaint as to Defendants, Sue Rimmel and

Property Advisory Group, Inc., is dismissed with prejudice.

BY THE COURT:

_____
THE HONORABLE KENT A. JORDAN