## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROCHELLE BURKS,** : | C.A. No. 1:04-cv-00165-KAJ |
| **TERRY BENSON,** : | |
| **RHONDA FAWRA,** : | |
| **AMBER FIELDS,** : | |
| **GWENZELLA PENNEWELL,** : | |
| **ROCHELLE TUCKER,** and : | |
| **WILLIAM PENNEWELL,** : | |
|     Plaintiffs : | |
|     v. : | |
| **ROBERT ROWE,** : | |
| **JAMES B. HOBAN,** : | |
| **CRAIG WELDON,** : | |
| **ROBERT WILLOUGHBY,** : | |
| **MARK LUTES,** : | |
| **JASON WILSON,** : | |
| **DESHAWN L. PRICE,** : | |
| **CHARLES TWARDORSKI,** : | |
| **BRENT SNYDER,** : | |
| **PHILLIP H. DAVIS,** : | |
| **JAMES HEDRICK,** : | |
| **SUE RIMMEL,** : | |
| **PROPERTY ADVISORY GROUP, INC.,** : | |
| **NEW CASTLE COUNTY,** and : | |
| **ROGER JACKSON,** : | |
|     Defendants : | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2005, I electronically filed MOTION OF DEFENDANTS, SUE RIMMEL AND PROPERTY ADVISORY GROUP, INC. TO DISMISS PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6), MEMORANDUM OF LAW IN SUPPORT THEREOF, AND PROPOSED ORDER with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Gary W. Aber, Esquire
ABER, GOLDLUST, BAKER & OVER
First Federal Plaza, Suite 600
P.O. Box 1675
Wilmington, DE 19899
(302)472-4900
gaber@gablawde.com
*Attorney for Plaintiffs*

Eric L. Episcopo, Esquire
NEW CASTLE COUNTY LAW DEPT,
New Castle Corporate Commons
87 Reads Way
New Castle, DE 19720
(302)395-5130
eepiscopo@co.new-castle.de.us
*Attorney for Defendant, Roger Jackson*

Robert Joseph Leoni, Esquire
MORGAN SHELSBY & LEONI
131 Continental Drive
Suite 206
Newark, DE 19713
(302)454-7430
*Attorney for Defendant, Robert Rowe*

Aaron R. Goldstein, Esquire
DEPARTMENT OF JUSTICE
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Aaron.Goldstein@state.de.us
*Attorney for Defendants,*
*Robert Rowe and Robert Willoughby*

Ronald Stoner, Esquire
RONALD STONER, P.A.
1107 Polly Drummond Plaza
Newark, DE 19711
(302)369-6400
ronstoneresq@aol.com
*Attorney for Defendant, Roger Jackson*

I hereby certify that on April 18, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

James B. Hoban
New Castle County Police Department
Route 13 N. Dupont Highway
New Castle, DE 19720
*Defendant*

Mark Lutes
New Castle County Police Department
Route 13 N. Dupont Highway
New Castle, DE 19720
*Defendant*

Deshawn L. Price
New Castle County Police Department
Route 13 N. Dupont Highway
New Castle, DE 19720
*Defendant*

Craig Weldon
New Castle County Police Department
Route 13 N. Dupont Highway
New Castle, DE 19720
*Defendant*

Jason Wilson
New Castle County Police Department
Route 13 N. Dupont Highway
New Castle, DE 19720
*Defendant*

Charles Twatdorski
New Castle County Police Department
Route 13 N. Dupont Highway
New Castle, DE 19720
*Defendant*

| | |
|---|---|
| Brent Snyder<br>New Castle County Police Department<br>Route 13 N. Dupont Highway<br>New Castle, DE 19720<br>*Defendant* | Phillip H. Davis<br>New Castle County Police Department<br>Route 13 N. Dupont Highway<br>New Castle, DE 19720<br>*Defendant* |
| James Hedrick<br>New Castle County Police Department<br>Route 13 N. Dupont Highway<br>New Castle, DE 19720<br>*Defendant* | New Castle County<br>NEW CASTLE COUNTY LAW DEPT,<br>New Castle Corporate Commons<br>87 Reads Way<br>New Castle, DE 19720<br>*Defendant* |

REGER & RIZZO, LLP


/s/ Louis J. Rizzo, Jr., Esquire   Atty.I.D. No. 3374
Louis J. Rizzo, Jr., Esquire Atty.I.D. No. 3374
1001 Jefferson Street, Suite 202
Wilmington, DE   19801
(302)652-3611
Fax (302)652-3620
Email: lrizzo@regrizlaw.com
        -and-
Carla P. Maresca, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103-2978
(215)-587-9400 (Phone)
(215)-587-9456 (Fax)

*Attorney for Defendants,*
*Sue Rimmel and Property Advisory Group, Inc.*