## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROCHELLE BURKS,** | : C.A. No. 1:04-cv-00165-KAJ |
| **TERRY BENSON,** | : |
| **RHONDA FAWRA,** | : |
| **AMBER FIELDS,** | : |
| **GWENZELLA PENNEWELL,** | : |
| **ROCHELLE TUCKER,** and | : |
| **WILLIAM PENNEWELL,** | : |
| Plaintiffs | : |
| v. | : |
| **ROBERT ROWE,** | : |
| **JAMES B. HOBAN,** | : |
| **CRAIG WELDON,** | : |
| **ROBERT WILLOUGHBY,** | : |
| **MARK LUTES,** | : |
| **JASON WILSON,** | : |
| **DESHAWN L. PRICE,** | : |
| **CHARLES TWARDORSKI,** | : |
| **BRENT SNYDER,** | : |
| **PHILLIP H. DAVIS,** | : |
| **JAMES HEDRICK,** | : |
| **SUE RIMMEL,** | : |
| **PROPERTY ADVISORY GROUP, INC.,** | : |
| **NEW CASTLE COUNTY,** and | : |
| **ROGER JACKSON,** | : |
| Defendants | : |

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2005, I electronically filed MOTION OF DEFENDANTS, SUE RIMMEL AND PROPERTY ADVISORY GROUP, INC. TO DISMISS PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6), MEMORANDUM OF LAW IN SUPPORT THEREOF, AND PROPOSED ORDER with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Gary W. Aber, Esquire<br>ABER, GOLDLUST, BAKER & OVER<br>First Federal Plaza, Suite 600<br>P.O. Box 1675<br>Wilmington, DE 19899<br>(302)472-4900<br>gaber@gablawde.com<br>*Attorney for Plaintiffs* | Aaron R. Goldstein, Esquire<br>DEPARTMENT OF JUSTICE<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302)577-8400<br>Aaron.Goldstein@state.de.us<br>*Attorney for Defendants,*<br>*Robert Rowe and Robert Willoughby* |
| Eric L. Episcopo, Esquire<br>NEW CASTLE COUNTY LAW DEPT,<br>New Castle Corporate Commons<br>87 Reads Way<br>New Castle, DE 19720<br>(302)395-5130<br>eepiscopo@co.new-castle.de.us<br>*Attorney for Defendant, Roger Jackson* | Ronald Stoner, Esquire<br>RONALD STONER, P.A.<br>1107 Polly Drummond Plaza<br>Newark, DE 19711<br>(302)369-6400<br>ronstoneresq@aol.com<br>*Attorney for Defendant, Roger Jackson* |
| Robert Joseph Leoni, Esquire<br>MORGAN SHELSBY & LEONI<br>131 Continental Drive<br>Suite 206<br>Newark, DE 19713<br>(302)454-7430<br>*Attorney for Defendant, Robert Rowe* | |

I hereby certify that on April 18, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| James B. Hoban<br>New Castle County Police Department<br>Route 13 N. Dupont Highway<br>New Castle, DE 19720<br>*Defendant* | Craig Weldon<br>New Castle County Police Department<br>Route 13 N. Dupont Highway<br>New Castle, DE 19720<br>*Defendant* |
| Mark Lutes<br>New Castle County Police Department<br>Route 13 N. Dupont Highway<br>New Castle, DE 19720<br>*Defendant* | Jason Wilson<br>New Castle County Police Department<br>Route 13 N. Dupont Highway<br>New Castle, DE 19720<br>*Defendant* |
| Deshawn L. Price<br>New Castle County Police Department<br>Route 13 N. Dupont Highway<br>New Castle, DE 19720<br>*Defendant* | Charles Twatdorski<br>New Castle County Police Department<br>Route 13 N. Dupont Highway<br>New Castle, DE 19720<br>*Defendant* |

| | |
|---|---|
| Brent Snyder<br>New Castle County Police Department<br>Route 13 N. Dupont Highway<br>New Castle, DE 19720<br>*Defendant* | Phillip H. Davis<br>New Castle County Police Department<br>Route 13 N. Dupont Highway<br>New Castle, DE 19720<br>*Defendant* |
| James Hedrick<br>New Castle County Police Department<br>Route 13 N. Dupont Highway<br>New Castle, DE 19720<br>*Defendant* | New Castle County<br>NEW CASTLE COUNTY LAW DEPT,<br>New Castle Corporate Commons<br>87 Reads Way<br>New Castle, DE 19720<br>*Defendant* |

REGER & RIZZO, LLP

/s/ Louis J. Rizzo, Jr., Esquire   Atty.I.D. No. 3374
Louis J. Rizzo, Jr., Esquire Atty.I.D. No. 3374
1001 Jefferson Street, Suite 202
Wilmington, DE   19801
(302)652-3611
Fax (302)652-3620
Email: lrizzo@regrizlaw.com
              -and-
Carla P. Maresca, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103-2978
(215)-587-9400 (Phone)
(215)-587-9456 (Fax)

*Attorney for Defendants,*
*Sue Rimmel and Property Advisory Group, Inc.*