IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHELLE BURKS, TERRY BENSON, RHONDA FAWRA, AMBER FIELDS, GWENZELLA PENNEWELL, ROCHELLE TUCKER, and WILLIAM PENNEWELL<br>　　　　　　　Plaintiffs<br>vs.<br><br>JAMES HOBAN, CRAIG WELDON, ROBERT ROWE, ROGER JACKSON, ROBERT WILLOUGHBY, MARK LUTES, JASON WILSON, DESHAWN PRICE, CHARLES TWARDORSKI, BRENT SNYDER, PHILLIP DAVIS, JAMES HENDRICK, SUE RIMMEL, PROPERTY ADVISORY GROUP, INC. and NEW CASTLE COUNTY<br>　　　　　　　Defendants | : CIVIL ACTION NO. 04-0165 (KAJ)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Carla P. Maresca, Esquire to represent Defendants, Property Advisory Group, Inc. and Sue Rimmel, in this matter

Date: April 20, 2005

REGER & RIZZO, LLP

/s/ Louis J. Rizzo, Jr., Esquire #3374
Louis J. Rizzo, Jr., Esquire #3374
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611
Email Lrizzo@regrizlaw.com
Attorney for Defendants, Sue Rimmel and Property Advisory Group

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
The Honorable Kent A. Jordan