IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHELLE BURKS, TERRY BENSON, RHONDA FAWRA, AMBER FIELDS, GWENZELLA PENNEWELL, ROCHELLE TUCKER, and WILLIAM PENNEWELL<br>    Plaintiffs<br>vs.<br><br>JAMES HOBAN, CRAIG WELDON, ROBERT ROWE, ROGER JACKSON, ROBERT WILLOUGHBY, MARK LUTES, JASON WILSON, DESHAWN PRICE, CHARLES TWARDORSKI, BRENT SNYDER, PHILLIP DAVIS, JAMES HENDRICK, SUE RIMMEL, PROPERTY ADVISORY GROUP, INC. and NEW CASTLE COUNTY<br>    Defendants | : CIVIL ACTION NO. 04-0165 (KAJ)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: **JURY TRIAL DEMANDED** |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2005, I electronically filed DEFENDANTS, SUE RIMMEL AND PROPERTY ADVISORY GROUP, INC.'S MOTION FOR ADMISSION PRO HAC VICE OF CARLA P. MARESCA with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Gary W. Aber, Esquire
ABER, GOLDLUST, BAKER & OVER
First Federal Plaza, Suite 600
P.O. Box 1675
Wilmington, DE 19899
(302)472-4900
gaber@gablawde.com
*Attorney for Plaintiffs*

Eric L. Episcopo, Esquire
NEW CASTLE COUNTY LAW DEPT,
New Castle Corporate Commons
87 Reads Way
New Castle, DE 19720
(302)395-5130
eepiscopo@co.new-castle.de.us
*Attorney for Defendant, Roger Jackson*

Aaron R. Goldstein, Esquire
DEPARTMENT OF JUSTICE
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Aaron.Goldstein@state.de.us
*Attorney for Defendants,
Robert Rowe and Robert Willoughby*

Ronald Stoner, Esquire
RONALD STONER, P.A.
1107 Polly Drummond Plaza
Newark, DE 19711
(302)369-6400
ronstoneresq@aol.com
*Attorney for Defendant, Roger Jackson*

I hereby certify that on April 20, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

James B. Hoban
New Castle County Police Department
Route 13 N. Dupont Highway
New Castle, DE 19720
*Defendant*

Craig Weldon
New Castle County Police Department
Route 13 N. Dupont Highway
New Castle, DE 19720
*Defendant*

Mark Lutes
New Castle County Police Department
Route 13 N. Dupont Highway
New Castle, DE 19720
*Defendant*

Jason Wilson
New Castle County Police Department
Route 13 N. Dupont Highway
New Castle, DE 19720
*Defendant*

Deshawn L. Price
New Castle County Police Department
Route 13 N. Dupont Highway
New Castle, DE 19720
*Defendant*

Charles Twatdorski
New Castle County Police Department
Route 13 N. Dupont Highway
New Castle, DE 19720
*Defendant*

Brent Snyder
New Castle County Police Department
Route 13 N. Dupont Highway
New Castle, DE 19720
*Defendant*

Phillip H. Davis
New Castle County Police Department
Route 13 N. Dupont Highway
New Castle, DE 19720
*Defendant*

James Hedrick
New Castle County Police Department
Route 13 N. Dupont Highway
New Castle, DE 19720
*Defendant*

New Castle County
NEW CASTLE COUNTY LAW DEPT,
New Castle Corporate Commons
87 Reads Way
New Castle, DE 19720
*Defendant*

Robert Joseph Leoni, Esquire
MORGAN SHELSBY & LEONI
131 Continental Drive
Suite 206
Newark, DE 19713
(302)454-7430
*Attorney for Defendant, Robert Rowe*

REGER & RIZZO, LLP

/s/ Louis J. Rizzo, Jr., Esquire   Atty.I.D. No. 3374
Louis J. Rizzo, Jr., Esquire Atty.I.D. No. 3374
1001 Jefferson Street, Suite 202
Wilmington, DE  19801
(302)652-3611
Fax (302)652-3620
Email: lrizzo@regrizlaw.com