IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHELLE BURKS, TERRY BENSON, RHONDA FAWRA, AMBER FIELDS, GWENZELLA PENNEWELL, ROCHELLE TUCKER and WILLIAM PENNEWELL,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES HOBAN, CRAIG WELDON, ROBERT ROWE, ROGER JACKSON, ROBERT WILLOUGHBY, MARK LUTES, JASON WILSON, DESHAWN PRICE, CHARLES TWADORSKI, BRENT SNYDER, PHILLIP DAVIS, JAMES HEDRICK, SUE RIMMEL, PROPERTY ADVISORY GROUP, INC, AND NEW CASTLE COUNTY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A.No. 04-0165-KAJ<br>)<br>) Trial By Jury Demanded<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE AND CERTIFICATE OF SERVICE

I, Aaron R. Goldstein, Attorney for Defendant Robert Rowe and Robert Willoughby, hereby certify that on April 27, 2005, I served upon all persons listed below two true and correct copies of Defendant Rowe's and Defendant Willoughby's Responses to Plaintiffs' Second Request for Production in the above-captioned matter by U.S. Mail:

    Gary W. Aber, Esquire
    702 King Street, Suite 600
    P.O. Box 1675
    Wilmington, DE 19899

Eric Episcopo, Esquire
First Assistant County Attorney
New Castle County Law Department
New Castle County Government Center
87 Reads Way
Newcastle, DE 19720

Robert J. Leoni, Esquire
Morgan, Shelsby & Leoni
131 Continental Drive, Suite 206
Newark, DE 19713

Ronald L. Stoner, Esquire
1107 Polly Drummond Plaza
Newark, DE 19711

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**


/s/ Aaron R. Goldstein
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us

DATE: April 27, 2005

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on April 27, 2005, I electronically filed Defendants Rowe and Willoughby's Certificate and Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Gary W. Aber, Esquire, Eric. L. Episcopo, Esquire, Ronald Stoner, Esquire, I hereby certify that on April 27, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants: Robert Joseph Leoni, Esquire.

/s/ Aaron R. Goldstein
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us