


**M. JANE BRADY**
**ATTORNEY GENERAL**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

May 2, 2005

New Castle County- -Civil Division

BY CM/ECF & FIRST CLASS MAIL

The Hon. Kent A. Jordan
United States District Court
844 N. King Street
Room 6325
Lock Box 10
Wilmington, DE 19801

      Re:    **Burks, et. al v. Rowe, et. al;**
             **C.A. No. 04-0165 KAJ**

Dear Judge Jordan:

      Please allow this letter to serve as an interim status report filed on behalf of Defendants Robert Rowe and Robert Willoughby in the above-referenced civil action. These Defendants are present in this case by virtue of their employment with the State of Delaware's Department of Correction as Probation Officers.

      From the Defendants' perspective, the nature of matters in issue relate to the legal viability of Plaintiffs' causes of action and whether the Defendants are entitled to qualified immunity defenses. Discovery is in progress in this matter. Defendants have responded to Plaintiffs' interrogatories and requests for production. The parties are currently discussing a potential mediation conference with Magistrate Judge Thynge.

      The next scheduled event in this matter is a teleconference with Magistrate Judge Thygne scheduled for tomorrow, May 3, 2005, at 4:30 p.m. Currently pending before Your Honor is a Rule 12 Motion to Dismiss filed by the recently added Defendants Sue Rimmel and Property Advisory Group, Inc. According to the docket, Plaintiffs' answering briefs are due to Your Honor today.

The Hon. Kent A. Jordan
May 2, 2005
Page 2

   I remain available to address these matters in more detail or supplement this interim status report as may be requested by Your Honor.

               Respectfully Submitted,

               /s/ Aaron R. Goldstein

               Aaron R. Goldstein
               Deputy Attorney General

CC: Gary W. Aber, Esquire   Eric Episcopo, Esquire
    Robert J. Leoni, Esquire   Ronald L. Stoner, Esquire