LAW OFFICES

# ABER, GOLDLUST, BAKER & OVER

(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
JOANNE A. SHALLCROSS**
SHAUNA T. HAGAN

May 2, 2005

(302) 472-4900
TELECOPIER (302) 472-4920

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

**HAND DELIVER**
The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

RE: Burks, et. al. v. State of Delaware Department of Corrections, et. al.
C.A. No.: 04-165 (KAJ)

Dear Judge Jordan:

Presently pending before the Court is the defendants' Rimmel and Property Advisory Group, Inc's Motion to Dismiss. Those defendants have filed their opening brief. My answering brief is due on May 2, 2005. I requested an extension, to which the attorney for those defendants, Louis Rizzo, Esquire has agreed. The basis for the need for the additional time was that during the week of April 18, 2005, I was hospitalized for a good part of that week, which has interfered with preparation of the reply brief.

Thank you for your Honor's consideration.

Respectfully,

Gary W. Aber

GWA/mac
cc: Louis J. Rizzo, Esquire