**Christopher A. Coons**
County Executive



**Gregg E. Wilson**
County Attorney

## OFFICE OF LAW

May 2, 2005

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Room 6325
Lock Box 10
Wilmington, DE 19801

      RE:    Burks, et al v. Rowe, et al
                C.A. No. 04-0165 KAJ

Dear Judge Jordan:

      Please allow this to serve as an interim status report for Defendant Roger Jackson as well as the other named County defendants, i.e. James Hoban, Craig Weldon, Mark Lutes, Jason Wilson, Deshawn Price, Charles Twardorski, Brent Snyder, Phillip Davis, James Hedrick, as well as New Castle County. An Answer concerning the newly named defendants is due on or before May 6, 2005.

      With respect to discovery, while the parties have exchanged some paper discovery, depositions have been held off until at least after tomorrow's conference, with Magistrate Thygne, at which time the likelihood of resolving this matter by way of settlement, within the near future will be more in focus.

      If the Court should have any questions, I am available to supplement this report as may be requested by

                          Very truly yours,

                          /s/ Eric Leonard Episcopo

                        Eric Leonard Episcopo
                        First Assistant County Attorney

cc:    Gregg E. Wilson, County Attorney
       Aaron Goldstein, Esquire
       Gary W. Aber, Esquire
       Robert J. Leoni, Esquire
       Ronald Stoner, Esquire