

**Reger Rizzo Kavulich & Darnall** LLP
ATTORNEYS AT LAW

SUITE 202
1001 N. JEFFERSON STREET
WILMINGTON, DE 19801
TEL: 302.652.3611
FAX 302.652.6320
www.rrkdlaw.com

LOUIS J. RIZZO, JR.
E-MAIL: lrizzo@rrkdlaw.com

May 2, 2005

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
US District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325, Lockbox 10
Wilmington, DE 19801

    RE:    Burks, et al. v. Rimmel and Property Advisory Group, Inc., et al.
             Civil Action No. 04-0165 (KAJ)
             Our File No. 05-204

Dear Judge Jordan:

    I am enclosing a stipulation between the parties, reflecting an agreed to briefing schedule on Defendant's Motion to Dismiss in the above-captioned matter. The stipulation includes a deadline of Monday, May 9, 2005, for Plaintiff's Answering Brief to Defendant's Motion to Dismiss, and a reply brief by Defendant, due on or before Monday, May 16, 2005.

    Should you have any questions or concerns regarding this matter, I am available at the Court's leisure.

                                Very truly yours,

                                REGER, RIZZO, KAVULICH & DARNALL, LLP

                                Louis J. Rizzo, Jr., Esquire

LJR/mm

CC:    Gary W. Aber, Esquire (w/encl.)
          Carla Maresca, Esquire (w/encl.)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHELLE BURKS, TERRY BENSON, RHONDA FAWRA, AMBER FIELDS, GWENZELLA PENNEWELL, and ROCHELLE, TUCKER, <u>WILLIAM PENNEWELL</u><br><br>Plaintiffs,<br><br>v.<br><br>JAMES HOBAN, CRAIG WELDON, ROBERT ROWE, ROGER JACKSON, ROBERT WILLOUGHBY, MARK LUTES, JASON WILSON DESHAWN PRICE, CHARLES TWARDORSKI, BRENT SNYDER, PHILLIP DAVIS, JAMES HEDRICK, SUE RIMMEL, PROPERTY ADVISORY GROUP, INC, and NEW CASTLE COUNTY<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 04-0165 (KAJ)<br>)<br>)  Trial By Jury Demanded<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the defendants, Sue Remil, Property Advisory Group, Inc., and the plaintiff that the briefing on the defendant's motion to dismiss shall be as follows:

Plaintiff's Answering Brief to be filed on or before Monday, May 9, 2005.

Defendant's Reply Brief to be filed on or before Monday, May 16, 2004.

| ABER, GOLDLUST, BAKER & OVER | REGER & RIZZO, LLP |
|---|---|
| /s/ | /s/ |
| GARY W. ABER (DSB #754)<br>702 King Street, Suite 600<br>P.O. Box 1675<br>Wilmington, DE 19899<br>(302) 472-4900<br>Attorney for Plaintiffs. | LOUS J. RIZZO, JR. (DSB #3374)<br>1001 Jefferson Plaza, Suite 202<br>Wilmington, DE 19802<br>(302) 652-3611<br>Attorney ~~for Defendants~~, Sue Rimmel and Property Advisory Group. |

**IT IS SO ORDERED**, this _____ day of _____, 2005.

_____
The Honorable Ken A. Jordan