

**Reger Rizzo Kavulich & Darnall** LLP
ATTORNEYS AT LAW

SUITE 202
1001 N. JEFFERSON STREET
WILMINGTON, DE 19801
TEL: 302.652.3611
FAX: 302.652.6320
www.rrkdlaw.com

LOUIS J. RIZZO, JR.
E-MAIL: lrizzo@rrkdlaw.com

May 3, 2005

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
US District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325, Lockbox 10
Wilmington, DE 19801

    RE:    **Burks, et al. v. Rimmel and Property Advisory Group, Inc., et al.**
             **Civil Action No. 04-0165 (KAJ)**
             **Our File No. 05-204**

Dear Judge Jordan:

    Kindly allow this correspondence to serve as the Interim Status Report of Defendants Rimmel and Property Advisory Group, Inc. I apologize that my client's Interim Status Report is being submitted one day late.

    The Third Amended Complaint adding my clients as parties was served on March 30, 2005. My clients filed a Motion to Dismiss in lieu of an answer on April 18, 2005. Plaintiff's response to the Motion is due by May 9, 2005, by stipulation of the parties.

    My clients are in the process of producing initial disclosures within the next week. We also anticipate serving written discovery upon the parties within the next week. As a result of my clients' late joinder in this action, my clients are still attempting to gather discovery materials exchanged by the parties to date. It is therefore likely my clients will need to seek additional time to conduct discovery and present dispositive motions in this case.

    We have been contacted by the parties regarding settlement. We will be participating in a teleconference with Magistrate Judge Thynge to discuss settlement and mediation.

The Honorable Kent A. Jordan
RE:   Burks, et al. v. Rimmel and Property Advisory Group, Inc., et al.
      Civil Action No. 04-0165 (KAJ)
      Our File No. 05-204
May 3, 2005
Page 2

    I am available to answer any questions which the Court may have.

                                Respectfully submitted,

                                REGER, RIZZO, KAVULICH & DARNALL, LLP

                                /s/ Louis J. Rizzo, Jr.

                                Louis J. Rizzo, Jr., Esquire

                                      and

                                DEASEY, MAHONEY & BENDER, LTD.

                                /s/ Carla Maresca, Esquire

                                Carla Maresca, Esquire

LJR/mm

CC:   All Counsel of Record (Electronically)