## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROCHELLE BURKS,** | : C.A. No. 1:04-cv-00165-KAJ |
| **TERRY BENSON,** | : |
| **RHONDA FAWRA,** | : |
| **AMBER FIELDS,** | : |
| **GWENZELLA PENNEWELL,** | : |
| **ROCHELLE TUCKER,** and | : |
| **WILLIAM PENNEWELL,** | : |
| Plaintiffs | : |
| v. | : |
| **ROBERT ROWE,** | : |
| **JAMES B. HOBAN,** | : |
| **CRAIG WELDON,** | : |
| **ROBERT WILLOUGHBY,** | : |
| **MARK LUTES,** | : |
| **JASON WILSON,** | : |
| **DESHAWN L. PRICE,** | : |
| **CHARLES TWARDORSKI,** | : |
| **BRENT SNYDER,** | : |
| **PHILLIP H. DAVIS,** | : |
| **JAMES HEDRICK,** | : |
| **SUE RIMMEL,** | : |
| **PROPERTY ADVISORY GROUP, INC.,** | : |
| **NEW CASTLE COUNTY,** and | : |
| **ROGER JACKSON,** | : |
| Defendants | : |

## NOTICE OF SERVICE OF DISCOVERY

The undersigned, counsel for Defendants, Sue Rimmel and Property Advisory Group, Inc. does hereby certify that on May 6, 2005, two copies of

> FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF, ROCHELLE BURKS
> FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF, TERRY BENSON
> FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF, RHONDA FAWRA
> FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF, AMBER FIELDS
> FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF, GWENZELLA PENNEWELL
> FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF, ROCHELLE TUCKER
> FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF, WILLIAM PENNEWELL
> REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF, ROCHELLE BURKS
> REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF, TERRY BENSON
> REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF, RHONDA FAWRA
> REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF, AMBER FIELDS
> REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF, GWENZELLA PENNEWELL
> REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF, ROCHELLE TUCKER
> REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF, WILLIAM PENNEWELL

were served by first class mail, postage pre-paid on the following counsel and unrepresented parties:

Gary W. Aber, Esquire
ABER, GOLDLUST, BAKER & OVER
First Federal Plaza, Suite 600
P.O. Box 1675
Wilmington, DE 19899
(302)472-4900
gaber@gablawde.com
*Attorney for Plaintiffs*

Eric L. Episcopo, Esquire
NEW CASTLE COUNTY LAW DEPT,
New Castle Corporate Commons
87 Reads Way
New Castle, DE 19720
(302)395-5130
eepiscopo@co.new-castle.de.us
*Attorney for Defendant, Roger Jackson*

Robert Joseph Leoni, Esquire
MORGAN SHELSBY & LEONI
131 Continental Drive
Suite 206
Newark, DE 19713
(302)454-7430
*Attorney for Defendant, Robert Rowe*

Aaron R. Goldstein, Esquire
DEPARTMENT OF JUSTICE
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Aaron.Goldstein@state.de.us
*Attorney for Defendants,*
*Robert Rowe and Robert Willoughby*

Ronald Stoner, Esquire
RONALD STONER, P.A.
1107 Polly Drummond Plaza
Newark, DE 19711
(302)369-6400
ronstoneresq@aol.com
*Attorney for Defendant, Roger Jackson*

REGER & RIZZO, LLP

/s/ Louis J. Rizzo, Jr., Esquire   Atty.I.D. No. 3374
Louis J. Rizzo, Jr., Esquire Atty.I.D. No. 3374
1001 Jefferson Street, Suite 202
Wilmington, DE   19801
(302)652-3611
Fax (302)652-3620
Email: lrizzo@regrizlaw.com
            -and-
Carla P. Maresca, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103-2978
(215)-587-9400 (Phone)
(215)-587-9456 (Fax)

*Attorney for Defendants,*
*Sue Rimmel and Property Advisory Group, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROCHELLE BURKS,** | : | C.A. No. 1:04-cv-00165-KAJ |
| **TERRY BENSON,** | : | |
| **RHONDA FAWRA,** | : | |
| **AMBER FIELDS,** | : | |
| **GWENZELLA PENNEWELL,** | : | |
| **ROCHELLE TUCKER,** and | : | |
| **WILLIAM PENNEWELL,** | : | |
| Plaintiffs | : | |
| v. | : | |
| **ROBERT ROWE,** | : | |
| **JAMES B. HOBAN,** | : | |
| **CRAIG WELDON,** | : | |
| **ROBERT WILLOUGHBY,** | : | |
| **MARK LUTES,** | : | |
| **JASON WILSON,** | : | |
| **DESHAWN L. PRICE,** | : | |
| **CHARLES TWARDORSKI,** | : | |
| **BRENT SNYDER,** | : | |
| **PHILLIP H. DAVIS,** | : | |
| **JAMES HEDRICK,** | : | |
| **SUE RIMMEL,** | : | |
| **PROPERTY ADVISORY GROUP, INC.,** | : | |
| **NEW CASTLE COUNTY,** and | : | |
| **ROGER JACKSON,** | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2005, I electronically filed DEFENDANTS, SUE RIMMEL AND PROPERTY ADVISORY GROUP, INC.'S NOTICE OF SERVICE OF DISCOVERY with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Gary W. Aber, Esquire
ABER, GOLDLUST, BAKER & OVER
First Federal Plaza, Suite 600
P.O. Box 1675
Wilmington, DE 19899
(302)472-4900
gaber@gablawde.com
*Attorney for Plaintiffs*

Aaron R. Goldstein, Esquire
DEPARTMENT OF JUSTICE
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Aaron.Goldstein@state.de.us
*Attorney for Defendants,*
*Robert Rowe and Robert Willoughby*

Eric L. Episcopo, Esquire
NEW CASTLE COUNTY LAW DEPT,
New Castle Corporate Commons
87 Reads Way
New Castle, DE 19720
(302)395-5130
eepiscopo@co.new-castle.de.us
*Attorney for Defendant, Roger Jackson*

Ronald Stoner, Esquire
RONALD STONER, P.A.
1107 Polly Drummond Plaza
Newark, DE 19711
(302)369-6400
ronstoneresq@aol.com
*Attorney for Defendant, Roger Jackson*

Robert Joseph Leoni, Esquire
MORGAN SHELSBY & LEONI
131 Continental Drive
Suite 206
Newark, DE 19713
(302)454-7430
*Attorney for Defendant, Robert Rowe*

REGER & RIZZO, LLP

/s/ Louis J. Rizzo, Jr., Esquire   Atty.I.D. No. 3374
Louis J. Rizzo, Jr., Esquire Atty.I.D. No. 3374
1001 Jefferson Street, Suite 202
Wilmington, DE   19801
(302)652-3611
Fax (302)652-3620
Email: lrizzo@regrizlaw.com
                -and-
Carla P. Maresca, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103-2978
(215)-587-9400 (Phone)
(215)-587-9456 (Fax)

*Attorney for Defendants,*
*Sue Rimmel and Property Advisory Group, Inc.*