UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROCHELLE BURKS,** | : | C.A. No. 1:04-CV-00165-KAJ |
| **TERRY BENSON,** | : | |
| **RHONDA FAWRA,** | : | |
| **AMBER FIELDS,** | : | |
| **GWENZELLA PENNEWELL,** | : | |
| **ROCHELLE TUCKER,** and | : | |
| **WILLIAM PENNEWELL,** | : | |
| Plaintiffs. | : | |
| v. | : | |
| **ROBERT ROWE,** | : | |
| **JAMES B. HOBAN,** | : | |
| **CRAIG WELDON,** | : | |
| **ROBERT WILLOUGHBY,** | : | |
| **MARK LUTES,** | : | |
| **JASON WILSON,** | : | |
| **DESHAWN L. PRICE,** | : | |
| **CHARLES TWARDORSKI,** | : | |
| **BRENT SNYDER,** | : | |
| **PHILLIP H. DAVIS,** | : | |
| **JAMES HEDRICK,** | : | |
| **SUE RIMMEL,** | : | |
| **PROPERTY ADVISORY GROUP, INC.,** | : | |
| **NEW CASTLE COUNTY,** and | : | |
| **ROGER JACKSON,** | : | |
| Defendants. | : | |

## STIPULATION TO AMEND CASE SCHEDULING ORDER

It is hereby STIPULATED by and between the parties that the Case Scheduling Order entered by the Court on January 13, 2005 is amended as follows:

| | | |
|---|---|---|
| 1. | Discovery Cut Off: | September 30, 2005 |
| 2. | Case Dispositive Motions: | November 4, 2005 |
| 3. | Submission of Joint Proposed Final Pretrial Order: | March 5, 2006 |
| 4. | Pretrial Conference: | April 4, 2006 at 4:30 p.m. |

5.  Trial:                                      April 24, 2006

All other provisions of the Case Scheduling Order will remain in effect.

| /s/ Gary W. Aber | /s/ Aaron R. Goldstein |
|---|---|
| Gary W. Aber, Esquire | Aaron R. Goldstein, Esquire |
| Delaware State Bar I.D. No. 754 | Delaware State Bar I.D. No. 3735 |
| Aber, Goldlust, Baker & Over | Department of Justice |
| First Federal Plaza, Suite 600 | 820 N. French Street, 6th Floor |
| P.O. Box 1675 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 577-8400 |
| (302) 472-4900 | Attorney for Defendants Robert Rowe, |
| Attorney for Plaintiffs | James B. Hoban, Craig Weldon and Robert Willoughby |

| /s/ Eric L. Episcopo | /s/ Ronald Stoner |
|---|---|
| Eric L. Episcopo, Esquire | Ronald Stoner, Esquire |
| Delaware State Bar I.D. No. 2258 | Delaware State Bar I.D. No. 2818 |
| New Castle County Law Department | Ronald Stoner, P.A. |
| New Castle Corporate Commons | 1107 Polly Drummond Plaza |
| 87 Reads Way | Newark, DE 19711 |
| New Castle, DE 19720 | (302) 369-6400 |
| (302) 395-5130 | Attorney for Defendant Roger Nelson |
| Attorney for Defendant Roger Jackson | in his Individual Capacity |

| /s/ Robert Joseph Leoni | /s/ Louis J. Rizzo, Jr. |
|---|---|
| Robert Joseph Leoni, Esquire | Louis J. Rizzo, Jr., Esquire |
| Delaware State Bar I.D. No. 2888 | Delaware State Bar I.D. No. 3374 |
| Morgan Shelsby & Leoni | Reger Rizzo Kavulich & Darnall, LLP |
| 131 Continental Drive, Suite 206 | 1001 Jefferson Plaza, Suite 202 |
| Newark, DE 19713 | Wilmington, DE 19801 |
| (302) 454-7430 | (302) 652-3611 |
| Attorney for Defendant Robert Rowe | and |
| | Carla Maresca, Esquire |
| | Deasey, Mahoney & Bender, Ltd. |
| | 1800 John F. Kennedy Boulevard, # 1300 |
| | Philadelphia, PA 19103-9400 |
| | (215) 587-9400 |
| | Attorneys for Sue Rimmel and Property Advisory Group, Inc. |

**SO ORDERED** this _____ day of _____, 2005.

_____
The Honorable Kent A. Jordan