UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROCHELLE BURKS, TERRY BENSON, RHONDA FAWRA, AMBER FIELDS, GWENZELLA PENNEWELL, ROCHELLE TUCKER, and WILLIAM PENNEWELL, | : : : : : | C.A. No. 1:04-cv-00165-KAJ |
| Plaintiffs, | : : : | |
| v. | : : | |
| ROBERT ROWE, JAMES B. HOBAN, CRAIG WELDON, ROBERT WILLOUGHBY, MARK LUTES, JASON WILSON, DESHAWN L. PRICE, CHARLES TWARDORSKI, BRENT SNYDER, PHILLIP H. DAVIS, JAMES HEDRICK, SUE RIMMEL, PROPERTY ADVISORY GROUP, INC., NEW CASTLE COUNTY, and ROGER JACKSON, | : : : : : : : : : : | |
| Defendants. | : | |

## NOTICE OF DEPOSITIONS

Please take notice the undersigned will take the oral depositions of the following individuals on at the dates and times indicated in the offices of Reger Rizzo Kavulich & Darnall, LLP:

| | | |
|---|---|---|
| ROCHELLE BURKS | Wednesday, July 20, 2005 | 10:00 a.m. |
| TERRY BENSON | Wednesday, July 20, 2005 | 11:00 a.m. |
| RHONDA FAWRA | Wednesday, July 20, 2005 | 1:00 p.m. |
| AMBER FIELDS | Wednesday, July 20, 2005 | 2:00 p.m. |
| GWENZELLA PENNEWELL | Thursday, July 28, 2005 | 10:00 a.m. |
| ROCHELLE TUCKER | Thursday, July 28, 2005 | 11:00 a.m. |
| WILLIAM PENNEWELL | Thursday, July 28, 2005 | 1:00 p.m. |

REGER RIZZO KAVULICH & DARNALL, LLP

<u>/s/ Louis J. Rizzo, Jr., Esquire   Atty.I.D. No. 3374   </u>
Louis J. Rizzo, Jr., Esquire Atty.I.D. No. 3374
1001 Jefferson Street, Suite 202
Wilmington, DE   19801
(302)652-3611
Fax (302)652-3620
Email: <u>lrizzo@regrizlaw.com</u>
                -and-
Carla P. Maresca, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103-2978
(215)-587-9400 (Phone)
(215)-587-9456 (Fax)
*Attorney for Defendants,*
*Sue Rimmel and Property Advisory Group, Inc.*