UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROCHELLE BURKS, TERRY BENSON, RHONDA FAWRA, AMBER FIELDS, GWENZELLA PENNEWELL, ROCHELLE TUCKER,** and **WILLIAM PENNEWELL,** | : : : : : | C.A. No. 1:04-cv-00165-KAJ |
| Plaintiffs, | : : : | |
| v. | : | |
| **ROBERT ROWE, JAMES B. HOBAN, CRAIG WELDON, ROBERT WILLOUGHBY, MARK LUTES, JASON WILSON, DESHAWN L. PRICE, CHARLES TWARDORSKI, BRENT SNYDER, PHILLIP H. DAVIS, JAMES HEDRICK, SUE RIMMEL, PROPERTY ADVISORY GROUP, INC., NEW CASTLE COUNTY,** and **ROGER JACKSON,** | : : : : : : : : : : | |
| Defendants. | : | |

## RE-NOTICE OF DEPOSITIONS

Please take notice the oral depositions of Plaintiffs, Rochelle Burks, Terry Benson, Rhonda Fawra and Amber Fields, currently scheduled for Wednesday, July 20, 2005, will now be taken on Wednesday, August 3, 2005, at the times indicated below, in the offices of Reger Rizzo Kavulich & Darnall, LLP:

| | |
|---|---|
| ROCHELLE BURKS | 10:00 a.m. |
| TERRY BENSON | 11:00 a.m. |
| RHONDA FAWRA | 1:00 p.m. |
| AMBER FIELDS | 2:00 p.m. |

REGER RIZZO KAVULICH & DARNALL, LLP

<u>/s/ Louis J. Rizzo, Jr., Esquire   Atty.I.D. No. 3374</u>
Louis J. Rizzo, Jr., Esquire Atty.I.D. No. 3374
1001 Jefferson Street, Suite 202
Wilmington, DE   19801
(302)652-3611
Fax (302)652-3620
Email: <u>lrizzo@regrizlaw.com</u>
        -and-
Carla P. Maresca, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103-2978
(215)-587-9400 (Phone)
(215)-587-9456 (Fax)
*Attorney for Defendants,*
*Sue Rimmel and Property Advisory Group, Inc.*