UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROCHELLE BURKS, TERRY BENSON, RHONDA FAWRA, AMBER FIELDS, GWENZELLA PENNEWELL, ROCHELLE TUCKER,** and **WILLIAM PENNEWELL,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT ROWE, JAMES B. HOBAN, CRAIG WELDON, ROBERT WILLOUGHBY, MARK LUTES, JASON WILSON, DESHAWN L. PRICE, CHARLES TWARDORSKI, BRENT SNYDER, PHILLIP H. DAVIS, JAMES HEDRICK, SUE RIMMEL, PROPERTY ADVISORY GROUP, INC., NEW CASTLE COUNTY,** and **ROGER JACKSON,**<br><br>Defendants. | C.A. No.  1:04-cv-00165-KAJ |

### CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2005, I electronically filed Re-Notice of Depositions with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Gary W. Aber, Esquire
ABER, GOLDLUST, BAKER & OVER
First Federal Plaza, Suite 600
P.O. Box 1675
Wilmington, DE 19899
(302)472-4900
gaber@gablawde.com
*Attorney for Plaintiffs*

Eric L. Episcopo, Esquire
NEW CASTLE COUNTY LAW DEPT,
New Castle Corporate Commons
87 Reads Way
New Castle, DE 19720
(302)395-5130
eepiscopo@co.new-castle.de.us
*Attorney for Defendant, Roger Jackson*

Aaron R. Goldstein, Esquire
DEPARTMENT OF JUSTICE
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Aaron.Goldstein@state.de.us
*Attorney for Defendants,
Robert Rowe and Robert Willoughby*

Ronald Stoner, Esquire
RONALD STONER, P.A.
1107 Polly Drummond Plaza
Newark, DE 19711
(302)369-6400
ronstoneresq@aol.com
*Attorney for Defendant, Roger Jackson*

Robert Joseph Leoni, Esquire
MORGAN SHELSBY & LEONI
131 Continental Drive
Suite 206
Newark, DE 19713
(302)454-7430
*Attorney for Defendant, Robert Rowe*

                REGER RIZZO KAVULICH & DARNALL, LLP

            /s/ Louis J. Rizzo, Jr., Esquire   Atty.I.D. No. 3374
            Louis J. Rizzo, Jr., Esquire Atty.I.D. No. 3374
            1001 Jefferson Street, Suite 202
            Wilmington, DE   19801
            (302)652-3611
            Fax (302)652-3620
            Email: lrizzo@regrizlaw.com
                    -and-
            Carla P. Maresca, Esquire
            Deasey, Mahoney & Bender, Ltd.
            1800 John F. Kennedy Boulevard, Suite 1300
            Philadelphia, PA 19103-2978
            (215)-587-9400 (Phone)
            (215)-587-9456 (Fax)
            *Attorney for Defendants,*
            *Sue Rimmel and Property Advisory Group, Inc.*