

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROCHELLE BURKS, TERRY BENSON RHONDA FAWRA, AMBER FIELDS, GWENZELLA PENNEWELL, and ROCHELLE, TUCKER, WILLIAM PENNEWELL<br><br>v.<br><br>Plaintiffs,<br><br>JAMES HOBAN, CRAIG WELDON, ROBERT ROWE, ROGER JACKSON, ROBERT WILLOUGHBY, MARK LUTES, JASON WILSON, DESHAWN PRICE, CHARLES TWARDORSKI, BRENT SNYDER, PHILLIP DAVIS, JAMES HEDRICK, SUE RIMMEL, PROPERTY ADVISORY GROUP, INC, and NEW CASTLE COUNTY.<br><br>Defendants. | ) ) ) ) C.A. No.: 04-0165 KAJ ) ) Trial By Jury Demanded ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL

COME NOW, the undersigned parties, by and through counsel, who hereby stipulate that the Complaint against Defendants James Hoban, Craig Weldon, Robert Rowe, Roger Jackson, Robert Willoughby, Mark Lutes, Jason Wilson, DeShawn Price, Charles Twardorski, Brent Snyder, Phillip Davis, James Hedrick and Sue Rimmel be dismissed with prejudice.

_____
Gary Aber, Esquire(#754)
Aber Goldlust Baker & Over
702 King Street, Suite 600
P.O. Box 1674
Wilmington, DE 19899-1675
Attorney for Plaintiffs

_____
Louis J. Rizzo, Esquire (#3374)
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
Attorney for Defendant
Sue Rimmel

_____
Eric Leonard Episcopo(#2258)
First Assistant County Attorney
87 Reads Way
New Castle, DE 19720
Attorney for Defendants James Hoban, Craig Weldon, Roger Jackson, Mark Lutes, Jason Wilson, DeShawn Price, Charles Twardorski, Brent Snyder, Phillip Davis and James Hedrick in their official capacities.

_____
Aaron R. Goldstein, Esquire (#3735)
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
Attorney for Defendant Robert Rowe and Robert Willoughby

_____
Ronald Stoner, Esquire (#2218)
1107 Polly Drummond Plaza
Newark, DE 19711
Attorney for Defendants James Hoban, Craig Weldon,
Roger Jackson, Mark Lutes, Jason Wilson, DeShawn Price,
Charles Twardorski, Brent Snyder, Phillip Davis and James
Hedrick in their individual capacities.

**IT IS SO ORDERED**, this 22nd day of August, 2005.

_____
Judge